UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYNAN HOFFMAN,

               Plaintiff,

    - v -

CITY COLLEGE OF NEW YORK, and
CITY UNIVERSITY OF NEW YORK,

               Defendants.

**ORDER**

20 Civ. 1729 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference currently scheduled for October 21, 2021 is adjourned to **November 12, 2021 at 10:45 a.m.**

Dated: New York, New York
       October 20, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge