UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYNAN HOFFMAN,

                Plaintiff,

- v -

CITY COLLEGE OF NEW YORK, and
CITY UNIVERSITY OF NEW YORK,

                Defendants.

**ORDER**

20 Civ. 1729 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference currently scheduled for November 12, 2021 is adjourned to **November 16, 2021 at 10:45 a.m.**

Dated:  New York, New York
          October 29, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge