

Brittany Weiner, Esq.
Direct Dial: (646) 767-2271
Facsimile: (212) 658-9177
E-mail: brittany@lawicm.com

August 28, 2024

**VIA ECF**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *Tynan Hoffman v. City College of New York*
         Civil Case No.: 20-cv-1729 (PGG)

Dear Judge Gardephe:

The parties write jointly to respectfully request an adjournment of the October 21, 2024 trial date (and preceding pretrial deadlines) due to personal and professional conflicts for both counsel. The parties have conferred and are available for trial to begin on December 9, 2024, January 13, 2025 or January 21, 2025. The parties are also discussing whether a settlement conference with the Court would be beneficial and will promptly notify the Court if one is to be requested.

Respectfully submitted,

/s/ *Brittany Weiner*
Brittany Weiner, Esq.

cc:    Counsel for Defendant

**MEMO ENDORSED**

The application is denied. In the event that the parties conclude that a settlement conference would be useful, they should so advise the Court. The Court will then ask the assigned magistrate judge to see the parties as soon as possible for a settlement conference.

SO ORDERED:
*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: Aug. 28, 2024