

Brittany Weiner, Esq.
Direct Dial: (646) 767-2271
Facsimile: (212) 658-9177
E-mail: brittany@lawicm.com

September 3, 2024

**VIA ECF**

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Tynan Hoffman v. City College of New York*
      Civil Case No.: 20-cv-1729 (PGG)

Dear Judge Gardephe:

I respectfully write to the Court to ask for reconsideration of the August 28, 2024 request to adjourn the trial and pretrial deadlines. On behalf of Plaintiff, the request was made for several reasons. First, as to the trial date, I have pre-planned vacation time with my family on October 21 and October 25, including a celebration for my in-laws 70th birthdays. Second, in mid-September, close in time to the pre-trial deadlines set by the Court, my mother will be having breast cancer surgery, and I will be assisting her with her recovery.

I therefore respectfully ask the Court to reconsider the request to briefly adjourn the trial and preceding deadlines to the dates provided by the parties in their August 28, 2024 letter.

Respectfully submitted,

/s/ *Brittany Weiner*
Brittany Weiner, Esq.

cc:   Counsel for Defendant

---

**MEMO ENDORSED**:  The application is granted. The trial is adjourned to **November 12, 2024, at 9:30 a.m.**  The joint pretrial order, motions in limine, requested voir dire, and requests to charge are due by **October 11, 2024.**  Responsive papers are due by **October 18, 2024.**

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge

Date:  September 4, 2024