

Brittany Weiner, Esq.
Imbesi Law Group P.C.
E-mail: brittany@lawicm.com

October 11, 2024

**MEMO ENDORSED**:  The application to adjourn the trial date is denied.  The parties will file responses to motions in limine by **October 22, 2024.**

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge

Date:  October 15, 2024

**VIA ECF**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *Tynan Hoffman v. City College of New York*
       Civil Case No.: 20-cv-1729 (PGG)

Dear Judge Gardephe:

The parties write jointly to request a brief adjournment of the November 12, 2024 trial. A settlement conference has been scheduled for October 24, 2024 at 2:30p.m. The parties believe that a brief adjournment of trial will allow the parties to potentially avoid the substantial cost (for example, over $1,000 in exhibits, payments to doctors and more), expenditure of time and uncertainty of trial. This will allow the parties to focus their time on potential resolution and minimize significant trial costs that will hopefully become unnecessary (but would nonetheless need to be expended before October 24 if trial were to continue as is). The parties have conferred and are still available the week of December 9, 2024, January 13, 2025 or January 21, 2025.

Additionally, the parties jointly respectfully request a brief extension of time on the deadline to respond to motion in limine from October 18, 2024 to October 22, 2024. This is the parties first request for an extension of this deadline.

Respectfully submitted,

/s/ *Brittany Weiner*
Brittany Weiner, Esq.


cc:    Counsel for Defendant